UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLESSEY ENTERPRISES, INC., AS OWNER, AND BLESSEY MARINE SERVICES, INC., AS OWNER *PRO HAC VICE*, OF THE M/V CHARLES CLARK, HER ENGINES, TACKLE, APPURTENANCES, FURNITURE, ETC., PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER 08-235-RET-DLD<br><br><br>**CONSOLIDATED WITH** |
| IN THE MATTER OF M & P BARGE CO., INC., AS OWNER/OPERATOR OF THE M/V HELEN G. CALYX, PETITIONING FOR EXONERATION FROM DAMAGES OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER 08-244-RET-DLD |

ORDER NOTING DEFAULT

Considering the foregoing Motion for Order Noting Default; and

Notice of this action having been duly published to all persons asserting claims with respect to which the Limitation Complainant, M & P Barge Co., Inc., seeks limitation, admonishing them to file their respective claims with the Clerk of Court, and to serve on the attorneys for the Limitation Complainant a copy thereof on or before July 13, 2008, and the time for submitting claims has expired, now, on motion of attorneys for Limitation Complainant, M & P Barge Co., Inc.,

IT IS ORDERED that the default of all persons or corporations claiming damages for any loss, damage, destruction, injury or death occasioned by or resulting from or consequent upon the collision of the M/V HELEN G. CALYX with the M/V CHARLES CLARK and

its tow, Barges WEB 160 and WEB 162, to have occurred on or about April 13, 2008, as set forth in the Complaint herein, or in any other way arising out of or in connection with the damage caused by the incident, who have not heretofore filed both their claims and answers, be hereby noted, and that the said persons in default are hereby barred from filing any claims and answers in this action;

IT IS FURTHER ORDERED that all issued raised by the Complaint herein, and answers thereto, stand for a trial before this Court;

IT IS FURTHER ORDERED that the proof of all claims so filed as aforesaid be and the same hereby is suspended until the trial and determination of this action.

Baton Rouge, Louisiana, this 21st day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE