UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BLESSEY ENTERPRISES, INC., AS OWNER, AND BLESSEY MARINE SERIVIES, INC., AS OWNER PRO HAC VICE, OF THE M/V CHARLES CLARK, HER ENGINES, TACKLE, APPURTENANCES, FURNITURE, ETC. PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 08-235-C<br>C/W CV08-244-C |

### *RULING*

In this appeal, plaintiff seeks review of the magistrate judge's ruling of December 7, 2009 (rec.doc.121).

In reviewing the magistrate judge's ruling in question, the court must decide whether the ruling constitutes clear error. 28 U.S.C. § 636(b)(1)(A). Having considered the magistrate judge's ruling on the issue in question, the court does not find any clear error. Accordingly,

IT IS ORDERED that the ruling of the magistrate judge dated December 7, 2009 is hereby AFFIRMED.

Baton Rouge, Louisiana, February 18, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA